UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY BROWN, <br><br> Plaintiff, <br><br> v. <br><br> KIRBY OFFSHORE MARINE PACIFIC, LLC, *et al.* <br><br> Defendants. | Case No. C16-0736 RSM <br><br> ORDER GRANTING MOTION TO INTERVENE |

THIS MATTER comes before the Court on proposed Intervenor-Plaintiff Geographic Fisheries, LLC's ("Geographic") Motion to Intervene. Dkt. #16. Geographic seeks to intervene for purposes of asserting an indemnity claim against Defendant for maintenance and cure paid to Plaintiff Brown in connection with injuries Mr. Brown sustained in an allusion (a collision wherein one vessel collides with another stationary vessel) involving the F/V STELLA JO and the M/V PACIFIC FREEDOM. *Id.* Geographic asserts that such intervention will not cause undue delay or prejudice to the existing parties in this matter, that it does not envision conducting much, if any, discovery in addition to the discovery already conducted by the existing parties, and that it does not intend to seek to continue the October 10, 2017, trial date. *Id.*

Plaintiff does not oppose the motion so long as the Court does not continue the existing trial date. Dkt. #18. Defendant also does not oppose the motion. Dkt. #19.

ORDER - 1

Having reviewed Geographic's motion, the argument set forth in support of intervention, and the remainder of the record, the Court agrees there is cause to permit the intervention pursuant to Federal Rules of Civil Procedure 24(b)(1)(B), that no party will be prejudiced by the intervention, and that no undue delay will result from the intervention.

Accordingly, the Court hereby ORDERS that Geographic's Motion to Intervene (Dkt. #16) is GRANTED and Geographic Fisheries, LLC shall be allowed to proceed as an Intervenor-Plaintiff in this matter.

DATED this 18th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2