The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRACY BROWN, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>KIRBY OFFSHORE MARINE PACIFIC, LLC, a Washington Limited Liability Company; Does 1-20, <br><br>　　　　　　Defendants. <br>―――――――――――――――――――― <br>GEOGRAPHIC FISHERIES, LLC, <br><br>　　　　　　Intervenor-Plaintiff, <br><br>　vs. <br><br>KIRBY OFFSHORE MARINE PACIFIC, LLC, a Washington Limited Liability Company; Does 1-20 <br><br>　　　　　　Defendant Counterclaimant. | Case No. 2:16-cv-00736-RSM <br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL PENDING CLAIMS** |

Case No.: 2:16-CV-00736-RSM
STIPULATED MOTION AND ORDER OF DISMISSAL WITH
PREJUDICE AS TO ALL PENDING CLAIMS - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98101
(206) 622-3790

| | |
|---|---|
| 1  KIRBY OFFSHORE MARINE PACIFIC, ) | |
| 2  LLC, a Washington Limited Liability ) Company, ) | |
| 3        ) | |
|          Third-Party Plaintiff, ) | |
| 4        ) | |
|    vs.   ) | |
| 5        ) | |
|    SILVER BAY SEAFOODS, LLC ) | |
| 6        ) | |
|          Third-Party Defendant. ) | |
| 7        ) | |

## MOTION AND STIPULATION

COME NOW Plaintiff Tracy Brown ("Brown"), through his counsel Anthony M. Urie; Intervenor-Plaintiff Geographic Fisheries, LLC ("Geographic"), through its counsel Robert Kehoe; Defendant/Counterclaimant/Third-Party Plaintiff Kirby Offshore Marine Pacific, LLC ("Kirby"), through its counsel Valerie I. Holder and Philip Lempriere; and Third-Party Defendant Silver Bay Seafoods, LLC ("Silver Bay"), through its counsel Robert Kehoe, (collectively referred to as the "Parties") and hereby move to dismiss with prejudice all claims pending against each party.

The Parties reached a settlement and agree to the following motion requesting dismissal of this matter with prejudice.

## DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. P. 41, the Parties request that the Court direct the Clerk to enter a judgment of dismissal with prejudice and without an award of attorneys' fees or costs to any Party as to (1) Brown's claims pending against Kirby; (2) Geographic's claims pending against Kirby; (3) Kirby's counterclaims pending against Geographic; and (3) Kirby's third-party claims pending against Silver Bay.

Dated: June 27, 2017          /s/ Anthony M. Urie
                              ANTHONY M. URIE, WSBA No. 11711
                              Attorney for Plaintiff

Case No.: 2:16-CV-00736-RSM
STIPULATED MOTION AND ORDER OF DISMISSAL WITH
PREJUDICE AS TO ALL PENDING CLAIMS      - 2

| | | |
|---|---|---|
| Dated: June 27, 2017 | | /s/ Valerie I. Holder |

PHILIP R. LEMPRIERE, WSBA No. 20304
VALERIE I. HOLDER, WSBA No. 42968
Attorneys for Defendant, Defendant
Counterclaimant, and Third-Party Plaintiff

Dated: June 27, 2017                    /s/ Robert F. Kehoe

ROBERT F. KEHOE, WSBA No. 21873
BRIAN C. ZUANICH, WSBA No. 43877
Attorneys for Intervenor-Plaintiff
Geographic Fisheries, Inc. and
Third-Party Defendant
Silver Bay Seafoods, LLC

## ORDER

The Court has reviewed the Stipulation, above.

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is DISMISSED WITH PREJUDICE and that all Parties shall bear their own costs and attorney fees.

AND IT IS FURTHER ORDERED that the following are all DISMISSED WITH PREJUDICE: (1) the original complaint, Tracy Brown v. Kirby Offshore Marine Pacific, LLC; (2) the complaint by Intervenor, Geographic Fisheries, LLC v. Kirby Offshore Marine Pacific, LLC; (3) the crossclaims by Kirby Offshore Marine Pacific, LLC against Geographic Fisheries, LLC; and (4) the third-party complaint by Kirby Offshore Marine Pacific, LLC v. Silver Bay Seafoods, LLC .

This case is now CLOSED.

DATED this 28 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Agreed for entry;
Presented through stipulation by:

/s/ Anthony M. Urie
Attorney for Plaintiff
Tracy Brown

Case No.: 2:16-CV-00736-RSM
STIPULATED MOTION AND ORDER OF DISMISSAL WITH
PREJUDICE AS TO ALL PENDING CLAIMS      - 3

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98101
(206) 622-3790

1

2  /s/ Valerie I. Holder
   Attorneys for Defendant, Counterclaimant,
3  and Third-Party Plaintiff
4  Kirby Offshore Marine Pacific, LLC

5

6  /s/ Robert F. Kehoe
   Attorneys for Intervenor-Plaintiff
7  Geographic Fisheries, Inc. and
   Third-Party Defendant
8  Silver Bay Seafoods, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 2:16-CV-00736-RSM
STIPULATED MOTION AND ORDER OF DISMISSAL WITH
PREJUDICE AS TO ALL PENDING CLAIMS     - 4

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98101
(206) 622-3790